Leah M. Beligan, Esq. (SBN 250834)
lmbeligan@bbclawyers.net
Jerusalem F. Beligan, Esq. (SBN 211258)
jbeligan@bbclawyers.net
**BELIGAN LAW GROUP, LLP**
19800 MacArthur Blvd., Ste. 300
Newport Beach, CA 92612
Telephone: (949) 224-3881

James L. Simon, Esq. (*pro hac vice* forthcoming)
james@simonsayspay.com
**SIMON LAW CO.**
5000 Rockside Road
Liberty Plaza – Suite 520
Independence, OH 44131
Telephone: (216) 816-8696

Michael L. Fradin, Esq. (*pro hac vice* forthcoming)
mike@fradinlaw.com
**FRADIN LAW**
8401 Crawford Ave., Ste. 104
Skokie, IL 60076
Telephone: (847) 986-5889

*Attorneys for Plaintiff and the Putative Classes*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Erishaun Ross, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>Netraduyne, Inc.; and DOES 1 through 10, inclusive,<br><br>        Defendant(s). | Case No. 3:23-cv-01443-LAB-JLB<br><br>**NOTICE OF WITHDRAWAL OF DISMISSAL** |

- 1 -

On October 26, 2023, Plaintiff Erishaun Ross filed a Notice of Dismissal, Dkt. No. 3. Plaintiff Ross now files this Notice to inform the Court that he is withdrawing his previously filed Notice of Dismissal.

Dated: October 26, 2023                             Respectfully submitted,

**BELIGAN LAW GROUP, LLP**

By: /s/ *Leah M. Beligan*
    Leah M. Beligan, Esq. (SBN 250834)
    lmbeligan@bbclawyers.net
    Jerusalem F. Beligan, Esq. (SBN 211258)
    jbeligan@bbclawyers.net
    19800 MacArthur Blvd., Ste. 300
    Newport Beach, CA 92612
    Telephone: (949) 224-3881

**FRADIN LAW**

By: /s/ *Michael L. Fradin*
    Michael L. Fradin, Esq. (pro hac vice forthcoming)
    8 N. Court St. Suite 403
    Athens, Ohio 45701
    Telephone: 847-986-5889
    Facsimile: 847-673-1228
    Email: mike@fradinlaw.com

**SIMON LAW CO.**

By: /s/ *James L. Simon*
    James L. Simon (pro hac vice forthcoming)
    Simon Law Co.
    5000 Rockside Road
    Liberty Plaza – Suite 520
    Independence, OH 44131
    Telephone: (216) 816-8696
    Email: james@simonsayspay.com