UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERISHAUN ROSS, individually, and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NETRADUYNE, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 23-cv-1443-LAB-JLB<br><br>**ORDER OF DISMISSAL [Dkt. 7]** |

On October 30, 2023, Plaintiff Erishaun Ross filed a Notice of Dismissal. (Dkt. 7). Prior to class certification, a named plaintiff may voluntarily dismiss class claims under Federal Rule of Civil Procedure 41(a)(1). *See Cota v. Porven*, Ltd., No. 20-cv-1806-BAS-RBB, 2022 WL 173401, at *1 (S.D. Cal. Jan. 18, 2022); *see also Richey v. GetWellNetwork*, Inc., No. 20-cv-2205-BEN-BLM, 2021 WL 424281, at *3 (S.D. Cal. Feb. 8, 2021) ("Because no class has been certified in this case, Rule 23 does not mandate either Court approval of the instant settlement or notice to putative class members."); *Lee v. CVS Pharmacy, Inc.*, No. 20-cv-1923-BEN-DEB, 2021 WL 308283, at *2 (S.D. Cal. Jan. 28, 2021) (collecting cases). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this

action is **DISMISSED WITH PREJUDICE** in its entirety. The parties shall bear their own expenses, costs, and attorneys' fees. The Clerk is directed to terminate this case.

     **IT IS SO ORDERED**.

Dated: November 3, 2023

*Larry A. Burns*
Honorable Larry Alan Burns
United States District Judge